STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant TRISHA ROCHE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11 00384 PJH |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER RETURNING PASSPORT |
| TRISHA ROCHE, | |
| Defendant. | |

Trisha Roche has been released from custody following service of a brief prison sentence imposed in this matter. She was required to surrender her passport as a condition of her pretrial release. She has requested return of her passport. Defense counsel has spoken with AUSA Douglas Sprague and U.S. Probation Officer Rusty Ellis regarding Ms Roche's request, and neither objects to the return of her passport.

Good cause appearing therefor, IT IS ORDERED that U.S. Pretrial Services return Trisha Roche's passport to Ms Roche forthwith.

Dated: July 30, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge

ORD RE PASSPORT   1